J. A. PATTERSON V. THE STATE.

No. 20369. Delivered April 19, 1939.

The opinion states the case.

*M. E. Gates,* of Huntsville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is aiding a prisoner to escape; the punishment, confinement in the penitentiary for two years.

The record fails to show that appellant gave notice of appeal. In the absence of such notice this court is without jurisdiction.

Attention is called to the fact that no indictment is disclosed by the transcript.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.